08/29/2014

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0649), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## SPECIAL TERM 2014

_____

### 1130571

_____

**Ex parte Larry J. Clements**

**PETITION FOR WRIT OF CERTIORARI
TO THE COURT OF CIVIL APPEALS**

**(In re:  Alabama State Personnel Board**

**v.**

**Larry J. Clements)**

**(Montgomery Circuit Court, CV-12-901165;
Court of Civil Appeals, 2120726)**

SHAW, Justice.

The petition for the writ of certiorari is denied.

In denying the petition for the writ of certiorari, this Court does not wish to be understood as approving all the

1130571

language, reasons, or statements of law in the Court of Civil Appeals' opinion. <u>Horsley v. Horsley</u>, 291 Ala. 782, 280 So. 2d 155 (1973).

WRIT DENIED.

Stuart, Bolin, Parker, Murdock, Main, Wise, and Bryan, JJ., concur.

Moore, C.J., dissents.